January 21, 2005

Mr. Joseph Hughes
Office of Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Mr. Richard P. Hogan
Hogan & Hogan, L.L.P.
700 Louisiana, Suite 4200
Houston, TX 77002-1635
Mr. Larry P. Boyd
Fisher Boyd Brown Boudreaux & Huguenard, L.L.P.
2777 Allen Parkway, 14th Floor
Houston, TX 77019

RE: Case Number: 03-0448
 Court of Appeals Number: 14-97-00153-CV
 Trial Court Number: 94CV0958

Style: TEXAS A & M UNIVERSITY
 v.
 PAUL A. BISHOP

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice Brister and Justice Green
not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Evelyn Wells |
| |Robison |
| |Mr. Ed Wells |